```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PHOENIX LITHOGRAPHING CORP.,  :   CIVIL ACTION
                              :   NO. 12-6960
        Plaintiff,            :
                              :
   v.                         :
                              :
BIND RITE SERVICES, INC.,     :
                              :
        Defendant.            :
```

**O R D E R**

**AND NOW**, this **24th** day of **June, 2014,** for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

(1) Defendant's Motion for Summary Judgment (ECF No. 17) is **GRANTED in part** and **DENIED in part** as set forth below;

(a) Defendant's Motion is **DENIED** as to Plaintiff's claims for those damages caused by the destruction of the approximately 560,000 sheets of paper and the costs associated with reproducing them;

(b) Defendant's Motion is **GRANTED** as to Plaintiff's damages allegedly associated with having to engage another vendor to finish the project;

(2) Plaintiff's claims for the costs of having to engage another vendor to finish the project are **DISMISSED**; and

(3) Counts I and II may proceed to the extent they seek damages related to the loss and reprinting of the approximately 560,000 sheets of paper.

**IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**